UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA
                                     :      1:24-CR-00608-RA-2

    -against-                        :      ORDER
                                     :

Paul Person
                                     :
Defendant
                                     :
-------------------------------------X

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to

include the following condition, mental health evaluation and

treatment as directed by Pretrial Services.


Dated: New York, New York
June _3_, 2025


                              SO ORDERED:


                              _____
                              Ronnie Abrams
                              United States District Judge