**Law Office of Evan L. Lipton, P.C.**
**260 Madison Ave, Floor 22**
**New York, New York 10016**
**ell@evanliptonlaw.com**
**(917) 924-9800**

February 12, 2026

By ECF                                                    Application granted.
Hon. Ronnie Abrams
Thurgood Marshall                                         SO ORDERED.
United States Courthouse
40 Foley Square
New York, NY 10007

Ronnie Abrams, U.S.D.J.
February 12, 2026

Re:    *United States v. Paul Person, Jr.*
       **24. Cr. 608 (RA)**

Dear Judge Abrams:

I write on behalf of Paul Person to respectfully request the temporary modification of the conditions of pretrial release to permit travel to Phoenix, Arizona on March 6 through March 10, 2026, for a family vacation. The government (A.U.S.A. William Stone) and Pretrial Services (Dominique Jackson) consent to this application. If approved, Mr. Person will provide a precise itinerary to Officer Jackson sufficiently prior to his departure.

Respectfully yours,

Evan L. Lipton
*Attorney for Paul Person, Jr.*