**Law Office of Evan L. Lipton, P.C.**
**260 Madison Ave, Floor 22**
**New York, New York 10016**
ell@evanliptonlaw.com
**(917) 924-9800**

Mar 30, 2026

By ECF
Hon. Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.

Re:    *United States v. Paul Person, Jr.* March 30, 2026
       **24. Cr. 608 (RA)**

Dear Judge Abrams:

     I write on behalf of Paul Person, Jr., with the consent of the government (A.U.S.A. William Stone) and the assigned Pretrial Services officer (Dominique Jackson) to respectfully request that Mr. Person's conditions of pretrial release be modified to permit him to travel to St. Thomas, US Virgin Islands, on April 17 through April 20. If approved, Paul will provide his precise itinerary to PTS in advance of travel.

     Thank you for your attention to this matter.

Respectfully yours,

Evan L. Lipton
Attorney for Paul Person, Jr.